**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 4:26-CR-00015-D |
| | ) | |
| DANIELLE MELISSA STATEN. | ) | |

## ORDER

THIS COURT, having reviewed the *Motion to be Excused from Court Appearance* filed by Andrew C. Brooks, Esq., counsel for the Defendant in the above-styled case, finds that Mr. Brooks' presence will not be required at the September 21, 2026, sentencing hearing. The Defendant will be represented by lead counsel Samuel L. Joseph, Esq., at the sentencing hearing.

WHEREFORE, Mr. Brooks is hereby excused from attending the September 21, 2026, hearing scheduled in the above-styled case.

This the 18 day of September, 2026.

J. Dever
James C. Dever III
UNITED STATES DISTRICT JUDGE